*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  November 6, 2014                    518704
_____

In the Matter of ANTHONY
    DANIELS,
                        Petitioner,

          v                              MEMORANDUM AND JUDGMENT

THOMAS LAVALLEY, as
    Superintendent of Clinton
    Correctional Facility,
                        Respondent.
_____

Calendar Date:   September 16, 2014

Before:  Lahtinen, J.P., Stein, Garry, Lynch and Devine, JJ.

                         _____


        Anthony Daniels, Ossining, petitioner pro se.

        Eric T. Schneiderman, Attorney General, Albany (Peter H.
Schiff of counsel), for respondent.

                         _____


        Proceeding pursuant to CPLR article 78 (transferred to this
Court by order of the Supreme Court, entered in Clinton County)
to review a determination of respondent which found petitioner
guilty of violating certain prison disciplinary rules.

        Determination confirmed.  No opinion.

        Lahtinen, J.P., Stein, Garry, Lynch and Devine, JJ.,
concur.

ADJUDGED that the determination is confirmed, without costs, and petition dismissed.

ENTER:

Robert D. Mayberger
Clerk of the Court